|  | IN THE CIRCUIT COURT OF THE 20th JUDICIAL CIRCUIT IN AND FOR LEE COUNTY, FLORIDA |
|---|---|
| TERRELL FRANKLIN POTTS AND JO CARROLL POTTS, AS TRUSTEES FOR TERRELL FRANKLIN POTTS AND JO CARROLL POTTS REVOCABLE TRUST, | CASE NO.: |
| Plaintiffs, v. | |
| USAA CASUALTY INSURANCE COMPANY, | |
| Defendant. _____/ | |

## PLAINTIFFS' COMPLAINT FOR BREACH OF CONTRACT AND DEMAND FOR JURY TRIAL

COME NOW Plaintiffs, TERRELL FRANKLIN POTTS AND JO CARROLL POTTS, AS TRUSTEES FOR TERRELL FRANKLIN POTTS AND JO CARROLL POTTS REVOCABLE TRUST, through the undersigned counsel, and hereby file this Complaint against Defendant, USAA CASUALTY INSURANCE COMPANY and as grounds therefor states as follows:

1. This is an action for damages in excess of THIRTY THOUSAND DOLLARS ($30,000.00), exclusive of interest, attorneys' fees and costs, and is otherwise within the jurisdictional limits of this Court.

2. At all times material hereto, Defendant was an insurance company authorized to do business in the State of Florida and doing business in Lee County, Florida.

3. At all times material hereto, the damaged property was located in Lee County, Florida.

4. Prior to December 20, 2018, the Plaintiffs sought and purchased homeowner's insurance from Defendant to cover the property located at 20821 Wheelock Drive, North Fort

**EXHIBIT "A"**

Myers, FL 33917 (hereinafter "Insured Property"). Said policy of insurance, which is believed to be Policy Number HO-3RFL (9-16), was issued by Defendant to the Plaintiffs to provide property insurance coverage for the Insured Property.

5. At all times material hereto, the Plaintiffs and Defendant had a policy of insurance, Policy No. CIC007036676 94A (hereinafter "Contract"). The Plaintiffs are not in possession of a complete certified copy of the Contract. The Contract is well known to and in the possession of Defendant, and the Plaintiffs have requested a formal copy of the Contract through a Request to Produce which has been served upon Defendant contemporaneously with this Complaint. *See Equity Premium, Inc. v. Twin City Fire Ins. Co.*, 956 So. 2d 1257 (Fla. 4th DCA 2007); *Amiker v. Mid-Century Ins. Co.*, 398 So. 2d 974 (Fla. 1st DCA 1981); *Parkway General Hospital Inc. v. Allstate Ins. Co.*, 393 So. 2d 1171 (Fla. 3rd DCA 1981).

6. The Plaintiffs have paid the premiums for the Contract prior to December 20, 2018.

7. The Insured Property sustained direct physical damage as a result of wind damage.

8. The Contract described in Paragraph 5 above was in full force and effect as of December 20, 2018.

9. Defendant received timely notice of the loss.

10. Defendant assigned the loss reported by the Plaintiffs and described in Paragraph 7 above a claim number believed to be 007036676-024.

11. Defendant and its agents requested and were given access and the opportunity to inspect the Insured Property and the reported damage arising from the loss described in Paragraph 7 above.

12. Defendant has failed to issue any payments for the damages to Plaintiffs' property.

13. This is an action relating to Defendant's breach of contract for its failure to properly pay the full amount of insurance proceeds owed to the Plaintiffs.

14. Jurisdiction and venue of this matter are proper in the Circuit Court for Lee County, Florida.

## COUNT I – BREACH OF CONTRACT

15. The Plaintiffs reallege and reincorporate paragraphs 1-14 as if fully stated herein, and further alleges as follows:

16. During the above contract period the insured property sustained direct physical damages.

17. The Plaintiffs provided timely notice of the loss, described in Paragraph 7, above to the Defendant.

18. Prior to the initiation of this lawsuit, Defendant has denied coverage under the Contract for the damages referenced herein, and has refused or otherwise failed to issue any payment to the Plaintiffs consistent with the same.

19. The Plaintiffs have complied with all obligations and conditions precedent to this lawsuit which would entitle the Plaintiffs to recover benefits under the Contract, or such conditions have been waived.

20. The Defendant has failed to provide complete coverage for the physical damages that occurred during the contract period.

21. This failure is contrary to the terms of the Contract and constitutes a breach of the contract.

22. The Plaintiffs have been damaged by this breach in the form of unpaid insurance proceeds needed to restore the property to its pre-loss condition as a result of the Defendant refusing to pay the full amount owed under the Contract.

23. As a direct and proximate result of Defendant's breach of contract, the Plaintiffs have been required to retain the services of the undersigned attorneys to represent and protect the interests of the Plaintiffs and the Plaintiffs have become obligated to pay them a reasonable fee for their services in bringing this action.

24. In the event that the Plaintiffs prevail in this action, Plaintiffs are entitled to an award of attorneys' fees and costs pursuant to section 627.428, 626.9373 and 57.041, Florida Statutes and/or other Florida Law.

WHEREFORE, the Plaintiffs demands judgment against Defendant for damages, including but not limited to damages owed under the Contract, attorneys' fees and costs, and the Plaintiffs demand trial by jury of all issues so triable.

## DEMAND FOR JURY TRIAL

The Plaintiffs further demand a trial by jury of all issues so triable as a matter of right.

*[CERTIFICATE OF SERVICE ON FOLLOWING PAGE]*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a certified copy of the foregoing has been served on Defendant.

                            **KANNER & PINTALUGA, P.A.**
                            Attorneys for Plaintiffs
                            925 S. Federal Highway, Sixth Floor
                            Boca Raton, FL 33432
                            Phone: (561) 424-0032
                            Fax:    (561) 853-2188
                            **Court Phone Number: (1-888) 824-7834**
                            Email: mgarner@kpattorney.com
                                      mvidal@kpattorney.com
                                      FirstPartyEService@kpattorney.com

                            By: _/s/ Margaret E. Garner        .
                                 MARGARET E. GARNER, ESQ.
                                 Florida Bar No.: 85908