UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TERRELL FRANKLIN POTTS and JO
CARROLL POTTS, as Trustees for Terrell
Franklin Potts and Jo Carroll Potts
Revocable Trust,

        Plaintiffs,

v.                                       Case No. 2:20-cv-342-JLB-MRM

USAA CASUALTY INSURANCE
COMPANY,

        Defendant.

_____

## **O R D E R**

    The parties have stipulated to dismissal of this action with prejudice under

Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 23.) The stipulation is self-

executing. Anago Franchising, Inc. v. Shaz, 677 F.3d 1272, 1278 (11th Cir. 2012).

The Clerk of Court is **DIRECTED** to close the file.

    **ORDERED** in Fort Myers, Florida, on June 2, 2021.

_____

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE